IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALINA BOYDEN and SHANNON ANDREWS,

                Plaintiffs,

v.

ROBERT J. CONLIN, STATE OF WISCONSIN
DEPARTMENT OF EMPLOYEE TRUST
FUNDS, STATE OF WISCONSIN GROUP
INSURANCE BOARD, MICHAEL S. FARRELL,
STACEY ROLSON, CHARLES GRAPENTINE,
WAYLON HURBURT, THEODORE NIETZKE,
J.P. WIESKE, BOB ZIEGELBAUER, JENNIFER
STEGALL, FRANCIS SULLIVAN, HERSCHEL
DAY, and NANCY THOMPSON,

                Defendants.

ORDER

17-cv-264-wmc

The court previously granted defendants' motion to amend the preliminary pretrial conference order, specifically seeking an order reflecting that the case will be tried to a jury as requested by the defendants in their answer. (Defs.' Mot. (dkt. #146); 8/14/18 Order (dkt. #147). As indicated in that text order, the court sets the following schedule:

- Rule 26(a)(3) disclosures and motions in limine:   Sept. 5, 2018
- Responses:   Sept. 14, 2018
- Final Pretrial Conference:   Sept. 25, 2018 at 2:00 p.m.
- Jury Trial:   Oct. 9, 2018 at 9:00 a.m.

The parties are directed to refer to the court's Jury Trial Procedures for Pretrial Submissions, available in the hyperlink at dkt. #45, for further instruction.

Entered this 23rd day of August, 2018.

BY THE COURT:

/s/_____
WILLIAM M. CONLEY
District Judge