IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALINA BOYDEN and
SHANNON ANDREWS,

       Plaintiffs,                             Case No. 17-cv-264

      v.

STATE OF WISCONSIN DEPARTMENT
OF EMPLOYEE TRUST FUNDS, et al.,

       Defendants.

## PLAINTIFFS' RULE 26(A)(3) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs, Alina Boyden and Shannon Andrews, by and through their undersigned attorneys, make the following pretrial disclosures:

### I.    Rule 26(a)(3)(A)(i)

Plaintiffs identify the following individuals as witnesses they expect to present at trial:

    1.    Plaintiff, Alina Boyden;

    2.    Plaintiff, Shannon Andrews;

    3.    Stephanie L. Budge, Ph.D.;

    4.    Loren S. Schechter, M.D.;

    5.    Robert J. Conlin (adversely);

    6.    Herschel E. Day (adversely);

    7.    Michael S. Farrell (adversely);

    8.    Nancy L. Thompson (adversely);

    9.    J.P. Wieske (adversely);

    10.    Lisa M. Ellinger (adversely); and

    11.    Joan Barrett, M.A.

**Witnesses Plaintiffs May Call if the Need Arises**

    1.    David H. Nispel;

    2.    Tara S. Pray;

    3.    Jeffrey E. Bogardus;

    4.    Stacey Rolston;

    5.    Charles Grapentine;

    6.    Waylon Hurlburt;

    7.    Theodore Neitzke;

    8.    Bob Ziegelbauer;

    9.    Jennifer Stegall;

    10.    Francis Sullivan;

    11.    Any witness listed on Defendant's witness list; and

    12.    Any witness necessary for rebuttal.

## II.    Rule 26(a)(3)(ii)

Plaintiffs anticipate presenting testimony by deposition designation for the following witnesses if those witnesses are not called by either plaintiffs or defendants at trial:

1. Robert J. Conlin;

2. David H. Nispel;

3. Michael S. Farrell;

4. Nancy L. Thompson;

5. Jeffery E. Bogardus;

6. J.P. Wieske;

7. Tara S. Pray; and

8. Lisa M. Ellinger.

### III. Rule 26(a)(3)(iii)

Please see the Exhibit Form attached hereto. Plaintiffs reserve the right to rely on documents identified by Defendants in their pretrial report, any exhibits needed for impeachment, and any exhibits necessary for rebuttal.

Dated this 7th day of September, 2018.

        HAWKS QUINDEL, S.C.
        *Counsel for Plaintiffs,*

        By: */s/ Nicholas E. Fairweather*
        Nicholas E. Fairweather, State Bar No. 1036681
        Email: nfairweather@hq-law.com
        Caitlin Madden, State Bar No.
        Email: cmadden@hq-law.com
        Michael R. Godbe, State Bar No. 1104823
        Email: mgodbe@hq-law.com
        Amanda M. Kuklinski, State Bar No. 1090506
        Email: akuklinski@hq-law.com
        409 East Main Street
        Post Office Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: (608) 257-0040
        Facsimile: (608) 256-0236

**AMERICAN CIVIL LIBERTIES UNION OF WISCONSIN FOUNDATION**
*Counsel for Plaintiffs,*

By: */s/ Laurence J. Dupuis*
Laurence J. Dupuis, State Bar No. 1029261
Email: ldupuis@aclu-wi.org
Asma I. Kadri, VA State Bar No. 91290
Email: akadri@aclu-wi.org
ACLU of Wisconsin Foundation
207 East Buffalo Street, Suite 325
Milwaukee, Wisconsin 53202
Telephone: (414) 272-4032

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
*Counsel for Plaintiffs,*

By: */s/ John A. Knight*
John A. Knight
Email: jknight@aclu.org
Carolyn M. Wald
Email: cwald@aclu-il.org
ACLU Foundation
Lesbian Gay Bisexual Transgender Project
150 North Michigan Avenue, Suite 600
Chicago, Illinois 60601
Telephone: (312) 201-9740