IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALINA BOYDEN and SHANNON
ANDREWS,

    Plaintiffs,

v.

ROBERT J. CONLIN, STATE OF
WISCONSIN DEPARTMENT OF
EMPLOYEE TRUST FUNDS, STATE OF
WISCONSIN GROUP INSURANCE
BOARD, MICHAEL S. FARRELL, STACEY
ROLSTON, CHARLES GRAPENTINE,
WAYLON HURBURT, THEODORE
NIETZKE, J.P. WIESKE, BOB
ZIEGELBAUER, JENNIFER STEGALL,
ROBERT WIMMER, HERSCHEL DAY, and
NANCY THOMPSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-264-wmc

---

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Alina Boyden in the amount of $301,000.00 and plaintiff Shannon Andrews in the amount of $479,500.00 against defendants State of Wisconsin Department of Employee Trust Funds and State of Wisconsin Group Insurance Board, jointly and severally.

IT IS FURTHER ORDERED AND ADJUDGED that defendants Robert J. Conlin, State of Wisconsin Department of Employee Trust Funds, State of Wisconsin Group Insurance Board, Michael S. Farrell, Stacey Rolston, Charles Grapentine, Waylon Hurburt, Theodore Nietzke, J.P. Wieske, Bob Ziegelbauer, Jennifer Stegall, Robert Wimmer, Herschel Day, and

Nancy Thompson, are PERMANENTLY ENJOINED from enforcing the State of Wisconsin's exclusion of coverage for "[p]rocedures, services and supplies related to surgery and sex hormones associated with gender reassignment" from health insurance coverage provided to state employees.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs' claims asserted against defendants Board of Regents of the University of Wisconsin System, Raymond W. Cross, Rebecca M. Blank, University of Wisconsin School of Medicine and Public Health, Robert N. Golden, and Dean Health Plan are DISMISSED.

Approved as to this 11th day of October, 2018.

William M. Conley
District Judge

Peter Oppeneer
Clerk of Court