IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALINA BOYDEN and
SHANNON ANDREWS,

    Plaintiffs,

v.       Case No. 17-CV-0264

STATE OF WISCONSIN DEPARTMENT
OF EMPLOYEE TRUST FUNDS, et al.,

    Defendants.

## STATE DEFENDANTS' NOTICE OF APPEAL

NOTICE is hereby given that Defendants State of Wisconsin Department of Employee Trust Funds, State of Wisconsin Group Insurance Board, Robert J. Conlin, in his official capacity as Secretary of the Department of Employee Trust Funds, and Michael S. Farrell, Stacey Rolston, Charles Grapentine, Waylon Hurlburt,[1] Theodore Neitzke, J.P. Wieske, Bob Ziegelbauer, Jennifer Stegall, Robert Wimmer, Herschel Day, and Nancy Thompson, in their official capacities as members of the State of Wisconsin Group Insurance Board (hereafter collectively "State Defendants"), appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's final judgment entered in this action on

---

[1] Mr. Hurlburt's name was misspelled as "Hurburt" in the district court caption.

October 11, 2018. (Dkt. 240.) A true and correct copy of the final judgment is being filed with this Notice of Appeal.

The counsel of record for State Defendants on appeal will be Assistant Attorney General Steven C. Kilpatrick. State Defendants have paid the applicable filing fee.

Dated this 9th day of November, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General of Wisconsin

Electronically signed by:

s/ Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

Attorneys for State Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (SCK)
(608) 264-6219 (CTR)
(608) 266-3094 (JJS)
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us
rothct@doj.state.wi.us
schmelzerjj@doj.state.wi.us