IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALINA BOYDEN and
SHANNON ANDREWS,

      Plaintiffs,                               Case No. 17-cv-264

     v.

STATE OF WISCONSIN DEPARTMENT
OF EMPLOYEE TRUST FUNDS, et al.,

      Defendants.

**NOTICE OF CROSS-APPEAL UNDER FEDERAL RULE
OF APPELLATE PROCEDURE 4(a)(3)**

      Notice is hereby given that Plaintiffs, Alina Boyden and Shannon Andrews, hereby cross-appeal to the United States Court of Appeals for the Seventh Circuit from the judgment entered on October 11, 2018. (Dkt. 240), and from the order entered on May 11, 2018, dismissing the University of Wisconsin Board of Regents as a Defendant to Plaintiffs' claims under Title VII of the Civil Rights Act of 1964, and the Group Insurance Board as a Defendant to Plaintiffs' claims under the Affordable Care Act, 42 U.S.C. § 18116 (Dkt. 67), and from the order entered on September 19, 2018, dismissing Defendants Robert J. Conlin, Michael S. Farrell, Stacey Rolston, Charles Grapentine, Waylon Hurlburt, Theodore Neitzke, J.P. Wieske, Bob Ziegelbauer, Jennifer Stegall, and Robert Wimmer, in their individual

1

capacities, as Defendants to Plaintiffs' damages claims against them under 42 U.S.C. § 1983. The final judgment (Dkt. 240) is attached to this notice.

Dated this 21st day of November, 2018

**HAWKS QUINDEL, S.C.**
*Counsel for Plaintiffs,*

By: */s/ Nicholas E. Fairweather*
Nicholas E. Fairweather, State Bar No. 1036681
Email: nfairweather@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
Michael R. Godbe, State Bar No. 1104823
Email: mgodbe@hq-law.com
Amanda M. Kuklinski, State Bar No. 1090506
Email: akuklinski@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040

**AMERICAN CIVIL LIBERTIES UNION OF WISCONSIN FOUNDATION**
*Counsel for Plaintiffs,*

By: */s/ Laurence J. Dupuis*
Laurence J. Dupuis, State Bar No. 1029261
Email: ldupuis@aclu-wi.org
Asma I. Kadri, State Bar No. 1114761
Email: akadri@aclu-wi.org
ACLU of Wisconsin Foundation
207 East Buffalo Street, Suite 325
Milwaukee, Wisconsin 53202
Telephone: (414) 272-4032

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
*Counsel for Plaintiffs,*

By: */s/ John A. Knight*
John A. Knight
Email: jknight@aclu.org
Carolyn M. Wald
Email: cwald@aclu-il.org
ACLU Foundation
Lesbian Gay Bisexual Transgender Project
150 North Michigan Avenue, Suite 600
Chicago, Illinois 60601
Telephone: (312) 201-9740