# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

March 26, 2019

*By the Court:*

| | |
|---|---|
| Nos. 18-3408, 18-3485 | ALINA BOYDEN, et al.,<br>Plaintiffs - Appellees/Cross - Appellants<br><br>v.<br><br>ROBERT J. CONLIN, in his individual and official capacity as Secretary of the Department of Employee Trust Funds, et al.,<br>Defendants - Appellants/Cross - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:17-cv-00264-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

Upon consideration of the **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P. 42(b)**, filed on March 25, 2019, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)